NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIKKELSEN GRAPHIC ENGINEERING, INC.,**
*Plaintiff-Appellee,*

v.

**ZUND AMERICA, INC.,**
*Defendant-Appellant.*

---

2012-1472

---

Appeal from the United States District Court for the Eastern District of Wisconsin in case no. 07-CV-0391, Judge Lynn Adelman.

---

## ON MOTION

---

Before SCHALL, *Circuit Judge.*

## ORDER

Mikkelsen Graphic Engineering (MGE) moves to dismiss this appeal for lack of jurisdiction. Zund America opposes.

MGE argues that this court lacks jurisdiction over the pending appeal because, inter alia, the district court has not yet ruled on its pending motions under Rules 60(b)

and 37(b) of the Federal Rules of Civil Procedure. Zund appeals an order that grants an injunction relating to the patents-in-suit. Under 28 U.S.C. § 1292(a)(1), this court has jurisdiction over an appeal taken from orders "granting, continuing, modifying, or dissolving injunctions...." 28 U.S.C. § 1292(a)(1). *See also Robert Bosch LLC v. Pylon Mfg. Corp.*, 659 F.3d 1142, 1147 (Fed. Cir. 2011).

Accordingly,

IT IS ORDERED THAT:

The motion is denied. The appellee's response brief is due within 21 days of the date of filing of this order.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24